**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| YTL POWER GENERATION SDN BHD,<br><br>Petitioner,<br><br>v.<br><br>PETROLIAM NASIONAL BERHAD,<br><br>Respondent. | Case No. 15-cv-01686 (RC) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney, Lawrence H. Martin, who is a member in good standing of the bar of this Court, hereby appears as counsel for Respondent Petroliam Nasional Berhad.  This appearance is limited to the purpose of the Joint Motion to Dismiss this action with prejudice, filed this date by Petitioner YTL Power Generation SDN BHD and Respondent.  Until such time as this action has been finally dismissed with prejudice by this Court, Respondent reserves all of its defenses in connection with this action, including but not limited to all defenses regarding service of process, jurisdiction, venue, and the merits of Petitioner's Petition to Confirm Arbitration Award.

    Respectfully submitted,

    */s/ Lawrence H. Martin*
    Lawrence H. Martin
    FOLEY HOAG LLP
    1717 K Street NW
    Washington, D.C. 20006
    Telephone:  (202) 223-1200
    Facsimile:  (202) 785-6687
    lmartin@foleyhoag.com

Dated: December 30, 2015

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                            /s/ *Lawrence H. Martin*
                                            Lawrence H. Martin

D170379.1