# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YTL POWER GENERATION SDN BHD,<br><br>               Petitioner,<br><br>    v.<br><br>PETROLIAM NASIONAL BERHAD,<br><br>               Respondent. | Case No. 15-cv-01686 (RC) |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Petitioner YTL Power Generation SDN BHD ("YTL") and Respondent Petroliam Nasional Berhad ("Petronas") hereby jointly move to dismiss the above-captioned action with prejudice. In support of this motion, the parties state the following:

(1)     On December 8, 2015, YTL filed a Notice of Voluntary Dismissal Without Prejudice in this action. D.E. No. 10.

(2)     The parties have fully and finally settled and released one another from all claims that are, have been or could have been asserted by either of them against the other in the above-captioned action.

(3)     The parties agree that this action should be dismissed with prejudice and that this Court's order of dismissal of this action with prejudice shall replace in its entirety YTL's Notice of Voluntary Dismissal Without Prejudice, D.E. No. 10.

(4)     While the docket in the above-captioned matter has been designated "closed," on December 16, 2015, counsel for YTL conferred with Judge Contreras' chambers and was

- 2 -

instructed that the aforementioned replacement may be effectuated by counsel for Petronas entering an appearance and the parties' filing a joint motion requesting dismissal with prejudice.

(5) Although it has not been served in this action, Petronas has entered an appearance solely for purposes of this joint motion.

(6) Each party relinquishes any and all right to an appeal from the dismissal of this action.

(7) Each party is to bear its own costs and fees with regard to this action.

| YTL POWER GENERATION SDN BHD<br>By its attorneys, | PETROLIAM NASIONAL BERHAD<br>By its attorneys, |
|---|---|
| */s/ James H. Boykin*<br>James H. Boykin<br>HUGHES HUBBARD & REED<br>1775 I Street NW, Suite 600<br>Washington, D.C.  20006<br>Telephone:  (202) 721-4751<br>Facsimile:  (202) 729-4751<br>james.boykin@hugheshubbard.com | */s/ Lawrence H. Martin*<br>Lawrence H. Martin<br>FOLEY HOAG LLP<br>1717 K Street NW<br>Washington, D.C. 20006<br>Telephone:  (202) 223-1200<br>Facsimile:  (202) 785-6687<br>lmartin@foleyhoag.com |
| *Attorneys for Petitioner YTL Power Generation Sdn Bhd* | *Attorneys for Respondent Petroliam Nasional Berhad* |

Dated: December 30, 2015

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                             /s/ *Lawrence H. Martin*
                                             Lawrence H. Martin

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YTL POWER GENERATION SDN BHD,<br><br>       Petitioner,<br><br>  v.<br><br>PETROLIAM NASIONAL BERHAD,<br><br>       Respondent. | Case No. 15-cv-01686 (RC) |

### PROPOSED ORDER

On the ____ day of _____ 2016, it is hereby ORDERED that the joint motion for dismissal be, and it hereby is, GRANTED and that the above-captioned case is dismissed with prejudice, each party to bear its own costs and fees.

_____
THE HONORABLE RUDOLPH CONTRERAS
United States District Judge